## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, | ) Case No. 3:18cv672-FDW-DSC )<br>) ORDER GRANTING |
| Plaintiff, | ) PLAINTIFF'S MOTION FOR LEAVE<br>) TO DEPOSIT ITS ADMITTED |
| v. | ) LIABILITY<br>) |
| DIONTE M. LONG and BERNADETTE L. LIGHTNER, | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

**BEFORE THE COURT** is Plaintiff's Motion for Leave to Deposit Its Admitted Liability. Pursuant to good cause shown here, Plaintiff's Motion for Leave to Deposit Its Admitted Liability with the Clerk of this Court in the amount of $250,000 plus applicable interest into the registry of this Court is **GRANTED**.

**SO ORDERED**.

Signed: December 20, 2018

David S. Cayer
United States Magistrate Judge